**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-2081

MARIE THERESE ASSA'AD-FALTAS, MD, MPH, for herself and
those similarly situated,

        Plaintiff – Appellant,

    v.

THE SOUTH CAROLINA SUPREME COURT, solely in its legislative
capacity; and solely for injunctive relief; CHARLES AUSTIN,
in his official capacity as City Manager for the City of
Columbia ["the City" or "Columbia"]; ROBERT C. COBLE, in his
official capacity as Mayor for the City of Columbia, SC;
OFFICER SELLERS, in his official capacity as a police
officer for Columbia; OFFICER GORDON, in his official
capacity as a police officer for Columbia; OFFICER DIETZ, in
his official capacity as a police officer for Columbia;
OFFICER BEDDINGFIELD, in his official capacity as a police
officer for Columbia; OFFICER ANDERSON, in his official
capacity as a police officer for Columbia; GWENDOLYN BOUIE,
in her official capacity as Assistant Attorney for the City;
CHRISTA BELL, in her official capacity as Assistant Attorney
for the City; OVERTURE WALKER, in his official capacity as
Assistant Attorney for the City; TAMEKA ISAACS DEVINE, in
her official capacity as member of City Council for the City
of Columbia, SC and the other Council members in that
capacity; JAMES MEGGS, in his official capacity as City
Attorney for the City; KENNETH GAINES, in his official
capacity as City Attorney for the City; DANA M. THYE,
individually and officially as Assistant Attorney for the
City; ROBERT G. COOPER, individually and officially as
Assistant Attorney for the City; UNKNOWN NAMED AGENTS FOR
THE CITY, in their respective official capacities,

        Defendants – Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, District Judge. (3:09-cv-00507-TLW)

———————————

Submitted:  July 26, 2010          Decided:  August 13, 2010

———————————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas, M.D., M.P.H., appeals the district court's order adopting the magistrate judge's recommendation to summarily dismiss her complaint, pursuant to 28 U.S.C. § 1915 (2006), as well as its order denying her Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Assa'ad-Faltas's motions for appointment of counsel and to place the appeal in abeyance and affirm the district court's orders. See Assa'ad-Faltas v. South Carolina Supreme Court, No. 3:09-cv-00507-TLW (D.S.C. filed July 22, 2009, entered July 23, 2009; Aug. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED